EDDIE R. JIMENEZ (SBN 231239)
ejimenez@aldridgepite.com
JILLIAN A. BENBOW (SBN 246822)
jbenbow@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Attorneys for Creditor JPMORGAN CHASE BANK, N.A.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ARTHUR MARTIRYAN,<br><br>Debtor. | Case No. 1:20-bk-11099-MT<br><br>Chapter 7<br><br>**STIPULATION EXTENDING TIME TO OBJECT TO DISCHARGE** |

This Stipulation is entered into by and between Creditor JPMorgan Chase Bank, N.A. ("Chase"), by and through its attorneys of record, and Arthur Martiryan ("Debtor").

**RECITALS**

On June 22, 2020, Debtor filed the instant voluntary petition under Chapter 7 of the Bankruptcy Code in the Central District of California and was assigned bankruptcy case number 1:20-bk-11099-MT (the "Bankruptcy Case"). (Dkt. No. 1).

On June 22, 2020, the Court entered Official Form 309(A) providing creditors with notice of the deadline to object to discharge or to challenge whether certain debts are dischargeable. (Dkt No. 2).

The section 341(a) meeting of creditors was originally set for July 31, 2020, but was continued to September 4, 2020 and continued again to October 2, 2020. (Dkt. Nos. 2, 9, 15.)

- 1 -    CASE NO. 9:19-BK-10031-DS
**STIPULATION EXTENDING TIME TO OBJECT TO DISCHARGE**

1    In a Chapter 7 Case, a complaint or a motion filed under §727(a)(8) or (a)(9) of the Bankruptcy Code, objecting to the Debtors' discharge must be filed no later than sixty (60) days after the first date set for the meeting of creditors under §341(a). Fed. R. Bankr. P. 4004(a) Pursuant to Rule 4004(b), a party in interest may request an extension of the deadline for cause.

    Chase seeks information and documentation as to Debtor's property and the loan made to Debtor by Chase.

    On September 2, 2020, the Court entered an Order Authorizing Examination of Debtor Arthur Martiryan and Production of Documents Pursuant to Fed. R. Bankr. P. 2004 ordering Debtor to appear for examination on September 24, 2020. (Dkt. No. 13.)

    Debtor requested a continuance of the Rule 2004 examination to allow Debtor to produce the necessary documents and arrange for virtual appearances.

    Based on the foregoing recitals, the parties believe cause exists to extend the deadline to object to Debtor's discharge. The Debtor have consented to an additional forty-five (45) day extension of the deadline imposed by Rule 4004(a) to allow Chase to investigate and proceed with a Rule 2004 Examination.

**THE PARTIES STIPULATE AS FOLLOWS:**

1. The deadline for Chase to file a complaint or motion under Bankruptcy Rule 4004(a) objecting to the Debtors' discharge is extended from September 29, 2020 to November 13, 2020.

2. The parties may file a motion and/or subsequent stipulation requesting an extension of the above deadline for cause.

**IT IS SO STIPULATED:**

Dated: September  23, 2020    ALDRIDGE PITE, LLP

 

_____
JILLIAN A. BENBOW
Attorneys for Creditor JPMORGAN CHASE BANK, N.A.

- 2 -    CASE NO. 9:19-BK-10031-DS

**STIPULATION EXTENDING TIME TO OBJECT TO DISCHARGE**

Dated: September 23, 2020

_____
ARTHUR MARTIRYAN, Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation Extending Time to Object to Discharge**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 23, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Shraddha Bharatia    notices@becket-lee.com
- Avi Schild    bk@atlasacq.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Diane C Weil (TR)    dcweil@dcweillaw.com, DCWTrustee@dcweillaw.com,dweil@iq7technology.com,alopez@dcweillaw.com;ecf.alert+Weil@titlexi.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 23, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- Arthur Martiryan, 8420 Amboy Ave., Sun Valley, CA 91352

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/23/2020 | Meliza Hernandez | /s/ *Meliza Hernandez* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE