EDDIE R. JIMENEZ (SBN 231239)
ejimenez@aldridgepite.com
JILLIAN A. BENBOW (SBN 246822)
jbenbow@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Attorneys for Creditor JPMORGAN CHASE BANK, N.A.

**FILED & ENTERED**

**SEP 24 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fisherl    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 1:20-bk-11099-MT |
| ARTHUR MARTIRYAN, | Chapter 7 |
| Debtor. | **ORDER ON STIPULATION EXTENDING TIME TO OBJECT TO DISCHARGE** |

The Court having considered the Stipulation Extending Time to Object to Discharge entered into by and between Creditor JPMorgan Chase Bank, N.A. ("Chase"), by and through its attorneys of record, and Arthur Martiryan ("Debtor"), and for good cause appearing:

1. **IT IS HEREBY ORDERED** that the deadline for Chase to file a complaint or motion under Bankruptcy Rule 4004(a) objecting to the Debtors' discharge is extended from September 29, 2020 to November 13, 2020.

///

///

///

///

- 1 -

CASE NO. 9:19-BK-10031-DS

**ORDER ON STIPULATION EXTENDING TIME TO OBJECT TO DISCHARGE**

2.    **IT IS HEREBY ORDERED** that the parties may file a motion and/or subsequent stipulation requesting an extension of the above deadline for cause.

**IT IS SO ORDERED**.

###

Date: September 24, 2020

*Maureen A. Tighe*
Maureen A. Tighe
United States Bankruptcy Judge